IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JESSICA JARRELL** § | | **PLAINTIFF** |
| § | | |
| v. § | | Civil No. 1:08cv1395HSO-JMR |
| § | | |
| **PEARL RIVER COUNTY** § | | |
| **SHERIFF'S DEPARTMENT** § | | **DEFENDANTS** |

## FINAL JUDGMENT

BEFORE THE COURT are the Motions to Dismiss [41], [48] of Defendant Brandon Penton, filed on August 17, 2010, and December 30, 2010, respectively, in the above-captioned cause. The Court, after a full review and consideration of Defendant's Motions to Dismiss [41], [48], the related pleadings on file, the Court's prior Orders [45], [46], [49], and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Defendant's Motions to Dismiss [41], [48] are **GRANTED IN PART AND DENIED IN PART**, and that this cause be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 26th day of January, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE